UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0052

## MEMORANDUM

___ FILED   ___ ENTERED
___ LOGGED  ___ RECEIVED

APR 1 8 2013

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

TO:      Counsel of Record

FROM:    Judge Roger W. Titus
         Judge Paul W. Grimm

RE:      Malibu Media, LLC v. John Doe Cases in the District of Maryland

DATE:    April 17, 2013

\* \* \* \* \* \* \* \* \*

The Court hereby **SCHEDULES** a telephone status conference, to be conducted by both of the undersigned, on **Tuesday, April 23, 2013, at 10:00 a.m.** The call will address the procedure relating to subpoenas that the Court is considering for cases involving Malibu Media, LLC ("Malibu Media"). Professor William R. Hubbard of the University of Baltimore Law School will participate in the call. All attorneys in open Malibu Media cases, including *amicus curiae*, are invited to participate in the call. To join the call, attorneys should dial 888-684-8852, enter Access Code 8151605, and Participant Security Code 0423.

By letter dated March 29, 2013, attorney Morgan E. Pietz expressed an interest in commenting on the procedure relating to subpoenas for cases involving Malibu Media. The Court hereby **GRANTS** Mr. Pietz an opportunity to file a letter with this Court, not to exceed three pages, regarding the procedure which the Court should use is these cases, **by 5:00 p.m. on Monday, April 22, 2013.** Mr. Pietz is also invited to participate in the conference call on April 23, 2013.

On April 1, 2013, the Court received an additional letter from Ira M. Siegel, who already entered his appearance as *amicus* and participated in the Court's hearing on March 25, 2013. The Court **DIRECTS** the Clerk of the Court to docket both of the aforementioned letters as attachments with this Memorandum in all open cases in which Malibu Media is the Plaintiff.

_____         _____
Roger W. Titus                    Paul W. Grimm
United States District Judge      United States District Judge